**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: RIZZI, JEFFREY & VIKKI   § Case No. 10-33123-BWB
                                §
                                §
Debtor(s)                       §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 27, 2010. The undersigned trustee was appointed on July 27, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $          35,000.00

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 10,569.59 |
| Bank service fees | 1,323.40 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]       $ | 23,107.01 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/11/2011 and the deadline for filing governmental claims was / / . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,250.00, for a total compensation of $4,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $13.08, for total expenses of $13.08.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/30/2016        By: /s/THOMAS B. SULLIVAN, TRUSTEE
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-33123-BWB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** RIZZI, JEFFREY & VIKKI  **Filed (f) or Converted (c):** 07/27/10 (f)
  **§341(a) Meeting Date:** 08/26/10
**Period Ending:** 03/30/16  **Claims Bar Date:** 07/11/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   RIZZI V LARSEN ET AL  (u) | 65,000.00 | 35,000.00 | | 35,000.00 | FA |
| 2   25054 W MEADOWLARK DRIVE, | 287,637.00 | 0.00 | | 0.00 | FA |
| 3   CHECKING ACCOUNTS | 20.00 | 0.00 | | 0.00 | FA |
| 4   HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| 5   BOOKS, ETC | 25.00 | 0.00 | | 0.00 | FA |
| 6   CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 7   COSTUME JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 8   TERM LIFE INS | 0.00 | 0.00 | | 0.00 | FA |
| 9   2009 TAX REFUND | 0.00 | 0.00 | | 0.00 | FA |
| 10  2002 GMC YUKON | 10,480.00 | 0.00 | | 0.00 | FA |
| 11  2002 MERCURY GRAND MARQUIS | 2,510.00 | 0.00 | | 0.00 | FA |
| **11 Assets  Totals** (Excluding unknown values) | **$368,772.00** | **$35,000.00** | | **$35,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

AWAITING FINAL TAX RETURNS AND FEE APPLICATION FROM SPECIAL COUNSEL; TFR TO FOLLOW
SPECIAL COUNSEL EMPLOYED MARCH 11, 2011 TO PURSUE CONTRACT CAUSE OF ACTION;  SETTLEMENT ORDER ENTERED; COLLECTING PAYMENTS THROUGH APRIL 2015

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012    **Current Projected Date Of Final Report (TFR):**   September 30, 2016

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-33123-BWB  
**Case Name:** RIZZI, JEFFREY & VIKKI  
**Taxpayer ID #:** **-***8727  
**Period Ending:** 03/30/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/08/13 | {1} | FIVE STAR RESTORATION, LTD. | SETTLEMENT PAYMENT | 1249-000 | 20,000.00 | | 20,000.00 |
| 07/31/13 | {1} | FIVE STAR RESTORATION LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 20,656.21 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.09 | 20,635.12 |
| 08/09/13 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 21,291.33 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.21 | 21,261.12 |
| 09/16/13 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT FUNDS | 1249-000 | 656.21 | | 21,917.33 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.90 | 21,887.43 |
| 10/15/13 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 22,543.64 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.10 | 22,508.54 |
| 11/11/13 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT FUNDS | 1249-000 | 656.21 | | 23,164.75 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.68 | 23,134.07 |
| 12/17/13 | {1} | FIVE STAR RESTORATION, LTD. | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 23,790.28 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.01 | 23,753.27 |
| 01/14/14 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 24,409.48 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.80 | 24,373.68 |
| 02/03/14 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #10-33123, BOND#016026455 | 2300-000 | | 19.89 | 24,353.79 |
| 02/17/14 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 25,010.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.02 | 24,976.98 |
| 03/11/14 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 25,633.19 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.26 | 25,597.93 |
| 04/21/14 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT FUNDS | 1249-000 | 656.21 | | 26,254.14 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.52 | 26,214.62 |
| 05/12/14 | {1} | FIVE STAR RESTORATION LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 26,870.83 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.23 | 26,832.60 |
| 06/16/14 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 27,488.81 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.65 | 27,451.16 |
| 07/29/14 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 28,107.37 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.46 | 28,063.91 |
| 08/25/14 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 28,720.12 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.11 | 28,681.01 |
| 09/22/14 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 29,337.22 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.22 | 29,293.00 |
| 10/21/14 | {1} | FIVE STAR RESTORATION, LTD. | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 29,949.21 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.81 | 29,905.40 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.71 | 29,866.69 |

Subtotals :   $30,499.36   $632.67

{} Asset reference(s)

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-33123-BWB  
**Case Name:** RIZZI, JEFFREY & VIKKI  

**Taxpayer ID #:** **-***8727  
**Period Ending:** 03/30/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/02/14 | {1} | FIVE STAR RESTORATION, LTD. | SETTLEMENT PAYMENT | 1249-000 | 756.21 | | 30,622.90 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.66 | 30,573.24 |
| 01/14/15 | {1} | 5 STAR RESTORATION, LTD | SETTLEMENT PAYMENT | 1249-000 | 756.21 | | 31,329.45 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.33 | 31,285.12 |
| 02/26/15 | 102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #10-33123, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 29.09 | 31,256.03 |
| 02/26/15 | 102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #10-33123, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -29.09 | 31,285.12 |
| 02/26/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #10-33123, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 29.62 | 31,255.50 |
| 02/26/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #10-33123, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -29.62 | 31,285.12 |
| 02/26/15 | 104 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #10-33123, BOND NUMBER 10BSBGR6291 | 2300-000 | | 29.09 | 31,256.03 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.99 | 31,214.04 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.91 | 31,166.13 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.82 | 31,121.31 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.27 | 31,078.04 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.68 | 31,030.36 |
| 07/01/15 | {1} | LB RESTORATION BY FIVE STAR, LTD | SETTLEMENT PAYMENT | 1249-000 | 2,232.01 | | 33,262.37 |
| 07/22/15 | {1} | LB RESTORATION BY FIVE STAR LTD. | SETTLEMENT PAYMENT | 1249-000 | 756.21 | | 34,018.58 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.08 | 33,969.50 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.22 | 33,922.28 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.04 | 33,870.24 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.71 | 33,821.53 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.02 | 33,774.51 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.44 | 33,721.07 |

Subtotals: $4,500.64   $646.26

{} Asset reference(s)                                   Printed: 03/30/2016 06:58 PM   V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-33123-BWB  
**Case Name:** RIZZI, JEFFREY & VIKKI  
**Taxpayer ID #:** **-***8727  
**Period Ending:** 03/30/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.76 | 33,674.31 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.69 | 33,627.62 |
| 03/07/16 | 105 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #10-33123, Bond No. 10BSBGR6291 | 2300-000 | | 20.61 | 33,607.01 |
| 03/30/16 | 106 | KROCKEY, CERNUGEL, COWGILL & CLARK, LTD | FEES TO SPECIAL COUNSEL PER ORDER 3/11/16 | 3210-600 | | 10,500.00 | 23,107.01 |
| | | | ACCOUNT TOTALS | | 35,000.00 | 11,892.99 | $23,107.01 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 35,000.00 | 11,892.99 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $35,000.00 | $11,892.99 | |

Net Receipts :     35,000.00  
Net Estate :     $35,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3566** | 35,000.00 | 11,892.99 | 23,107.01 |
| | $35,000.00 | $11,892.99 | $23,107.01 |

{} Asset reference(s)

Printed: 03/30/2016 06:58 PM     V.13.25

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 11, 2011

**Case Number:** 10-33123-BWB  
**Debtor Name:** RIZZI, JEFFREY & VIKKI

Page: 1

**Date:** March 30, 2016  
**Time:** 06:58:23 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| BOND 200 | ARTHUR B. LEVINE COMPANY<br>60 EAST 42ND STREET<br>ROOM 965<br>NEW YORK, NY 10165 | Admin Ch. 7 | | $20.61 | $20.61 | 0.00 |
| ADMIN1 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $4,250.00 | $0.00 | 4,250.00 |
| ADMIN2 200 | Clerk Of The U.S. Bankruptcy Court<br><br>219 S. Dearborn<br>Chicago, IL 60604 | Admin Ch. 7 | | $260.00 | $0.00 | 260.00 |
| ADMIN3 200 | KROCKEY, CERNUGEL, COWGILL & CLARK, LTD | Admin Ch. 7 | | $10,500.00 | $10,500.00 | 0.00 |
| ADMIN4 200 | THOMAS B. SULLIVAN<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Admin Ch. 7 | | $13.08 | $0.00 | 13.08 |
| 1 610 | Illinois Student Assistance Commission<br>1755 Lake Cook Rd<br>Deerfield, IL 60015 | Unsecured | | $4,792.62 | $0.00 | 4,792.62 |
| 2 610 | Federal National Mortgage Assoc<br>Dyck O'Neal Inc<br>P O Box 13370<br>Arlington, TX 76094 | Unsecured | | $5,888.40 | $0.00 | 5,888.40 |
| 3 610 | American InfoSource LP as agent for<br>WFNNB<br>as assignee of<br>Harlem Furniture, PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | | $2,964.41 | $0.00 | 2,964.41 |
| 4 610 | American InfoSource LP as agent for<br>WFNNB<br>as assignee of<br>Victoria's Secret, PO Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | | $1,031.67 | $0.00 | 1,031.67 |
| 5 610 | Nelnet<br>3015 South Parker Road Suite 400<br>Aurora, CO 80014 | Unsecured | | $5,462.03 | $0.00 | 5,462.03 |
| 6 610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $6,383.10 | $0.00 | 6,383.10 |
| 7 610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $5,139.46 | $0.00 | 5,139.46 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 11, 2011

**Case Number:** 10-33123-BWB  
**Debtor Name:** RIZZI, JEFFREY & VIKKI

Page: 2

**Date:** March 30, 2016  
**Time:** 06:58:23 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 610 | MidlandCredit Mgmt Inc. as agent for Midland Funding, LLC P.O. Box 2011 Warren, MI 48090 | Unsecured | | $3,610.69 | $0.00 | 3,610.69 |
| 9 610 | Midland Credit Mgmt, Inc as Agent for Midland Funding, LLC P.O. Box 2011 Warren, MI 48090 | Unsecured | | $3,754.16 | $0.00 | 3,754.16 |
| 10 610 | Midland Credit Mgmt, Inc. as Agent for Midland Funding, LLC P.O. Box 2011 Warren, MI 48090 | Unsecured | | $6,189.07 | $0.00 | 6,189.07 |
| 11 610 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $1,071.93 | $0.00 | 1,071.93 |
| 12 610 | Portfolio Recovery Associates, LLC c/o Wickes Furniture POB 41067 Norfolk, VA 23541 | Unsecured | | $1,981.97 | $0.00 | 1,981.97 |
| **<< Totals >>** | | | | 63,313.20 | 10,520.61 | 52,792.59 |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 10-33123-BWB
Case Name: RIZZI, JEFFREY & VIKKI
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:**   $   23,107.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   23,107.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 4,250.00 | 0.00 | 4,250.00 |
| Trustee, Expenses - THOMAS B. SULLIVAN | 13.08 | 0.00 | 13.08 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |
| Other Fees: KROCKEY, CERNUGEL, COWGILL & CLARK, LTD | 10,500.00 | 10,500.00 | 0.00 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 20.61 | 20.61 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $   4,523.08
Remaining balance:   $   18,583.93

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   18,583.93

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |  |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 18,583.93 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 48,269.51 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Student Assistance Commission | 4,792.62 | 0.00 | 1,845.18 |
| 2 | Federal National Mortgage Assoc | 5,888.40 | 0.00 | 2,267.05 |
| 3 | American InfoSource LP as agent for WFNNB | 2,964.41 | 0.00 | 1,141.31 |
| 4 | American InfoSource LP as agent for WFNNB | 1,031.67 | 0.00 | 397.20 |
| 5 | Nelnet | 5,462.03 | 0.00 | 2,102.90 |
| 6 | American Express Bank, FSB | 6,383.10 | 0.00 | 2,457.51 |
| 7 | American Express Centurion Bank | 5,139.46 | 0.00 | 1,978.71 |
| 8 | MidlandCredit Mgmt Inc. as agent for | 3,610.69 | 0.00 | 1,390.13 |
| 9 | Midland Credit Mgmt, Inc as Agent for | 3,754.16 | 0.00 | 1,445.36 |
| 10 | Midland Credit Mgmt, Inc. as Agent for | 6,189.07 | 0.00 | 2,382.81 |
| 11 | American Express Bank, FSB | 1,071.93 | 0.00 | 412.70 |
| 12 | Portfolio Recovery Associates, LLC | 1,981.97 | 0.00 | 763.07 |

|  |  |  |  |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 18,583.93 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**