IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Jeffrey & Vikki Rizzi** | ) | No. 10B 33123 |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:     See Attached

    I, THOMAS B. SULLIVAN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent to all creditors on April 22, 2016 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

                                                BY:/s/ Thomas B Sullivan
                                                      Ch 7 Bankruptcy Trustee

Service List:

PNC Bank NA
c/o Lydia Siu
Pierce & Associates
lsiu@atty-pierce.com

Recovery Management Systems, Corp
claims@recoverycorp.com

Zlatina Meier
Cutler & Associates
lnameier6@gmail.com

Jeffrey & Vikki Rizzi
25054 W. Meadowlark Drive
Channahon, IL   60410

Patrick S. Layng
Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov

Illinois Student Assistance Commission
1755 Lake Cook Road
Deerfield, IL   60015

Federal National Mortgage Assoc
Dyck O'Neal Inc.
P.O. Box 13370
Arlington, TX   76094

American InfoSource LP as agent for WFNNB as assignee of Harlem Furniture
P.O. Box 248872
Oklahoma City, OK   73124

American InfoSource LP as agent for WFNNB as assignee of Victoria's Secret
P.O. Box 248872
Oklahoma City, OK   73124

Nelnet
3015 South Parker Road, Suite 400
Aurora, CO   80014

American Express, FSB
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355

American Express Centurion Bank
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355

Midland Credit Mgmt Inc. as agent for Midland Funding, LLC
P.O. Box 2011
Warren, MI   48090

American Express Bank, FSB
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355

Portfolio Recovery Associates, LLC
c/o Wickes Furniture
P.O. Box 41067
Norfolk, VA   23541