**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: RIZZI, JEFFREY & VIKKI § | Case No. 10-33123-BWB |
| § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $303,772.00           Assets Exempt: $37,855.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $18,583.93      Claims Discharged
                                                 Without Payment: $29,685.58

Total Expenses of Administration: $16,416.07

---

   3)  Total gross receipts of $    35,000.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $35,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,416.07 | 16,416.07 | 16,416.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,602.00 | 48,269.51 | 48,269.51 | 18,583.93 |
| **TOTAL DISBURSEMENTS** | $5,602.00 | $64,685.58 | $64,685.58 | $35,000.00 |

4) This case was originally filed under Chapter 7 on July 27, 2010. The case was pending for 77 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/28/2016        By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| RIZZI V LARSEN ET AL | 1249-000 | 35,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$35,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 20.61 | 20.61 | 20.61 |
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 4,250.00 | 4,250.00 | 4,250.00 |
| Clerk Of The U.S. Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| KROCKEY, CERNUGEL, COWGILL & CLARK, LTD | 3210-600 | N/A | 10,500.00 | 10,500.00 | 10,500.00 |
| THOMAS B. SULLIVAN | 2200-000 | N/A | 13.08 | 13.08 | 13.08 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 21.09 | 21.09 | 21.09 |
| Rabobank, N.A. | 2600-000 | N/A | 30.21 | 30.21 | 30.21 |
| Rabobank, N.A. | 2600-000 | N/A | 29.90 | 29.90 | 29.90 |
| Rabobank, N.A. | 2600-000 | N/A | 35.10 | 35.10 | 35.10 |
| Rabobank, N.A. | 2600-000 | N/A | 30.68 | 30.68 | 30.68 |
| Rabobank, N.A. | 2600-000 | N/A | 37.01 | 37.01 | 37.01 |
| Rabobank, N.A. | 2600-000 | N/A | 35.80 | 35.80 | 35.80 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 19.89 | 19.89 | 19.89 |
| Rabobank, N.A. | 2600-000 | N/A | 33.02 | 33.02 | 33.02 |
| Rabobank, N.A. | 2600-000 | N/A | 35.26 | 35.26 | 35.26 |
| Rabobank, N.A. | 2600-000 | N/A | 39.52 | 39.52 | 39.52 |
| Rabobank, N.A. | 2600-000 | N/A | 38.23 | 38.23 | 38.23 |
| Rabobank, N.A. | 2600-000 | N/A | 37.65 | 37.65 | 37.65 |
| Rabobank, N.A. | 2600-000 | N/A | 43.46 | 43.46 | 43.46 |
| Rabobank, N.A. | 2600-000 | N/A | 39.11 | 39.11 | 39.11 |
| Rabobank, N.A. | 2600-000 | N/A | 44.22 | 44.22 | 44.22 |
| Rabobank, N.A. | 2600-000 | N/A | 43.81 | 43.81 | 43.81 |
| Rabobank, N.A. | 2600-000 | N/A | 38.71 | 38.71 | 38.71 |
| Rabobank, N.A. | 2600-000 | N/A | 49.66 | 49.66 | 49.66 |
| Rabobank, N.A. | 2600-000 | N/A | 44.33 | 44.33 | 44.33 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 29.09 | 29.09 | 29.09 |
| Rabobank, N.A. | 2600-000 | N/A | 41.99 | 41.99 | 41.99 |
| Rabobank, N.A. | 2600-000 | N/A | 47.91 | 47.91 | 47.91 |
| Rabobank, N.A. | 2600-000 | N/A | 44.82 | 44.82 | 44.82 |
| Rabobank, N.A. | 2600-000 | N/A | 43.27 | 43.27 | 43.27 |
| Rabobank, N.A. | 2600-000 | N/A | 47.68 | 47.68 | 47.68 |
| Rabobank, N.A. | 2600-000 | N/A | 49.08 | 49.08 | 49.08 |
| Rabobank, N.A. | 2600-000 | N/A | 47.22 | 47.22 | 47.22 |
| Rabobank, N.A. | 2600-000 | N/A | 52.04 | 52.04 | 52.04 |
| Rabobank, N.A. | 2600-000 | N/A | 48.71 | 48.71 | 48.71 |
| Rabobank, N.A. | 2600-000 | N/A | 47.02 | 47.02 | 47.02 |
| Rabobank, N.A. | 2600-000 | N/A | 53.44 | 53.44 | 53.44 |
| Rabobank, N.A. | 2600-000 | N/A | 46.76 | 46.76 | 46.76 |
| Rabobank, N.A. | 2600-000 | N/A | 46.69 | 46.69 | 46.69 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $16,416.07 | $16,416.07 | $16,416.07 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Clerk Of The U.S. Bankruptcy Court - Illinois Student | 7100-001 | N/A | 4,792.62 | 4,792.62 | 1,845.18 |
| 2 | Clerk Of The U.S. Bankruptcy Court - Federal National | 7100-001 | N/A | 5,888.40 | 5,888.40 | 2,267.05 |
| 3 | American InfoSource LP as agent for WFNNB | 7100-000 | N/A | 2,964.41 | 2,964.41 | 1,141.31 |
| 4 | American InfoSource LP as agent for WFNNB | 7100-000 | N/A | 1,031.67 | 1,031.67 | 397.20 |
| 5 | Nelnet | 7100-000 | 5,602.00 | 5,462.03 | 5,462.03 | 2,102.90 |
| 6 | American Express Bank, FSB | 7100-000 | N/A | 6,383.10 | 6,383.10 | 2,457.51 |
| 7 | American Express Centurion Bank | 7100-000 | N/A | 5,139.46 | 5,139.46 | 1,978.71 |
| 8 | MidlandCredit Mgmt Inc. as agent for | 7100-000 | N/A | 3,610.69 | 3,610.69 | 1,390.13 |
| 9 | Midland Credit Mgmt, Inc as Agent for | 7100-000 | N/A | 3,754.16 | 3,754.16 | 1,445.36 |
| 10 | Midland Credit Mgmt, Inc. as Agent for | 7100-000 | N/A | 6,189.07 | 6,189.07 | 2,382.81 |
| 11 | American Express Bank, FSB | 7100-000 | N/A | 1,071.93 | 1,071.93 | 412.70 |
| 12 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,981.97 | 1,981.97 | 763.07 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $5,602.00 | $48,269.51 | $48,269.51 | $18,583.93 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-33123-BWB  
**Case Name:** RIZZI, JEFFREY & VIKKI  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 07/27/10 (f)  
**§341(a) Meeting Date:** 08/26/10  

**Period Ending:** 12/28/16  
**Claims Bar Date:** 07/11/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RIZZI V LARSEN ET AL (u) | 65,000.00 | 35,000.00 | | 35,000.00 | FA |
| 2 | 25054 W MEADOWLARK DRIVE, | 287,637.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING ACCOUNTS | 20.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | BOOKS, ETC | 25.00 | 0.00 | | 0.00 | FA |
| 6 | CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 7 | COSTUME JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 8 | TERM LIFE INS | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 2009 TAX REFUND | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2002 GMC YUKON | 10,480.00 | 0.00 | | 0.00 | FA |
| 11 | 2002 MERCURY GRAND MARQUIS | 2,510.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets** Totals (Excluding unknown values) | **$368,772.00** | **$35,000.00** | | **$35,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

PAID FUNDS TO CLERK 10/23/16; AWAITING CLEARANCE; TDR TO FOLLOW

'TFR SUBMITTED TO US TEE ON 3/30/16; AWAITING FEE APPLICATION FROM SPECIAL COUNSEL; TFR TO FOLLOW

SPECIAL COUNSEL EMPLOYED MARCH 11, 2011 TO PURSUE CONTRACT CAUSE OF ACTION; SETTLEMENT ORDER ENTERED; COLLECTING PAYMENTS THROUGH APRIL 2015

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012      **Current Projected Date Of Final Report (TFR):**   April 21, 2016  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-33123-BWB  
**Case Name:** RIZZI, JEFFREY & VIKKI  

**Taxpayer ID #:** **-***8727  
**Period Ending:** 12/28/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/08/13 | {1} | FIVE STAR RESTORATION, LTD. | SETTLEMENT PAYMENT | 1249-000 | 20,000.00 | | 20,000.00 |
| 07/31/13 | {1} | FIVE STAR RESTORATION LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 20,656.21 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.09 | 20,635.12 |
| 08/09/13 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 21,291.33 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.21 | 21,261.12 |
| 09/16/13 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT FUNDS | 1249-000 | 656.21 | | 21,917.33 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.90 | 21,887.43 |
| 10/15/13 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 22,543.64 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.10 | 22,508.54 |
| 11/11/13 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT FUNDS | 1249-000 | 656.21 | | 23,164.75 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.68 | 23,134.07 |
| 12/17/13 | {1} | FIVE STAR RESTORATION, LTD. | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 23,790.28 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.01 | 23,753.27 |
| 01/14/14 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 24,409.48 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.80 | 24,373.68 |
| 02/03/14 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #10-33123, BOND#016026455 | 2300-000 | | 19.89 | 24,353.79 |
| 02/17/14 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 25,010.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.02 | 24,976.98 |
| 03/11/14 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 25,633.19 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.26 | 25,597.93 |
| 04/21/14 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT FUNDS | 1249-000 | 656.21 | | 26,254.14 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.52 | 26,214.62 |
| 05/12/14 | {1} | FIVE STAR RESTORATION LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 26,870.83 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.23 | 26,832.60 |
| 06/16/14 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 27,488.81 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.65 | 27,451.16 |
| 07/29/14 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 28,107.37 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.46 | 28,063.91 |
| 08/25/14 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 28,720.12 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.11 | 28,681.01 |
| 09/22/14 | {1} | FIVE STAR RESTORATION, LTD | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 29,337.22 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.22 | 29,293.00 |
| 10/21/14 | {1} | FIVE STAR RESTORATION, LTD. | SETTLEMENT PAYMENT | 1249-000 | 656.21 | | 29,949.21 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.81 | 29,905.40 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.71 | 29,866.69 |

Subtotals :   $30,499.36   $632.67

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-33123-BWB  
**Case Name:** RIZZI, JEFFREY & VIKKI  
**Taxpayer ID #:** **-***8727  
**Period Ending:** 12/28/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/02/14 | {1} | FIVE STAR RESTORATION, LTD. | SETTLEMENT PAYMENT | 1249-000 | 756.21 | | 30,622.90 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.66 | 30,573.24 |
| 01/14/15 | {1} | 5 STAR RESTORATION, LTD | SETTLEMENT PAYMENT | 1249-000 | 756.21 | | 31,329.45 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.33 | 31,285.12 |
| 02/26/15 | 102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #10-33123, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 29.09 | 31,256.03 |
| 02/26/15 | 102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #10-33123, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -29.09 | 31,285.12 |
| 02/26/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #10-33123, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 29.62 | 31,255.50 |
| 02/26/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #10-33123, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -29.62 | 31,285.12 |
| 02/26/15 | 104 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #10-33123, BOND NUMBER 10BSBGR6291 | 2300-000 | | 29.09 | 31,256.03 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.99 | 31,214.04 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.91 | 31,166.13 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.82 | 31,121.31 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.27 | 31,078.04 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.68 | 31,030.36 |
| 07/01/15 | {1} | LB RESTORATION BY FIVE STAR, LTD | SETTLEMENT PAYMENT | 1249-000 | 2,232.01 | | 33,262.37 |
| 07/22/15 | {1} | LB RESTORATION BY FIVE STAR LTD. | SETTLEMENT PAYMENT | 1249-000 | 756.21 | | 34,018.58 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.08 | 33,969.50 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.22 | 33,922.28 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.04 | 33,870.24 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.71 | 33,821.53 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.02 | 33,774.51 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.44 | 33,721.07 |

Subtotals : $4,500.64   $646.26

{} Asset reference(s)  
Printed: 12/28/2016 07:50 PM   V.13.29

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-33123-BWB  
**Case Name:** RIZZI, JEFFREY & VIKKI  

**Taxpayer ID #:** **-***8727  
**Period Ending:** 12/28/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.76 | 33,674.31 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.69 | 33,627.62 |
| 03/07/16 | 105 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #10-33123, Bond No. 10BSBGR6291 | 2300-000 | | 20.61 | 33,607.01 |
| 03/30/16 | 106 | KROCKEY, CERNUGEL, COWGILL & CLARK, LTD | FEES TO SPECIAL COUNSEL PER ORDER 3/11/16 | 3210-600 | | 10,500.00 | 23,107.01 |
| 06/01/16 | 107 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $4,250.00, Trustee Compensation; Reference: | 2100-000 | | 4,250.00 | 18,857.01 |
| 06/01/16 | 108 | Clerk Of The U.S. Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 260.00 | 18,597.01 |
| 06/01/16 | 109 | THOMAS B. SULLIVAN | Dividend paid 100.00% on $13.08, Trustee Expenses; Reference: | 2200-000 | | 13.08 | 18,583.93 |
| 06/01/16 | 110 | Illinois Student Assistance Commission | Dividend paid 38.50% on $4,792.62; Claim# 1; Filed: $4,792.62; Reference: Voided on 08/16/16 | 7100-000 | | 1,845.18 | 16,738.75 |
| 06/01/16 | 111 | Federal National Mortgage Assoc | Dividend paid 38.50% on $5,888.40; Claim# 2; Filed: $5,888.40; Reference: Stopped on 10/05/16 | 7100-000 | | 2,267.05 | 14,471.70 |
| 06/01/16 | 112 | American InfoSource LP as agent for WFNNB | Dividend paid 38.50% on $2,964.41; Claim# 3; Filed: $2,964.41; Reference: | 7100-000 | | 1,141.31 | 13,330.39 |
| 06/01/16 | 113 | American InfoSource LP as agent for WFNNB | Dividend paid 38.50% on $1,031.67; Claim# 4; Filed: $1,031.67; Reference: | 7100-000 | | 397.20 | 12,933.19 |
| 06/01/16 | 114 | Nelnet | Dividend paid 38.50% on $5,462.03; Claim# 5; Filed: $5,462.03; Reference: | 7100-000 | | 2,102.90 | 10,830.29 |
| 06/01/16 | 115 | American Express Bank, FSB | Dividend paid 38.50% on $6,383.10; Claim# 6; Filed: $6,383.10; Reference: | 7100-000 | | 2,457.51 | 8,372.78 |
| 06/01/16 | 116 | American Express Centurion Bank | Dividend paid 38.50% on $5,139.46; Claim# 7; Filed: $5,139.46; Reference: | 7100-000 | | 1,978.71 | 6,394.07 |
| 06/01/16 | 117 | MidlandCredit Mgmt Inc. as agent for | Dividend paid 38.50% on $3,610.69; Claim# 8; Filed: $3,610.69; Reference: | 7100-000 | | 1,390.13 | 5,003.94 |
| 06/01/16 | 118 | Midland Credit Mgmt, Inc as Agent for | Dividend paid 38.50% on $3,754.16; Claim# 9; Filed: $3,754.16; Reference: | 7100-000 | | 1,445.36 | 3,558.58 |
| 06/01/16 | 119 | Midland Credit Mgmt, Inc. as Agent for | Dividend paid 38.50% on $6,189.07; Claim# 10; Filed: $6,189.07; Reference: | 7100-000 | | 2,382.81 | 1,175.77 |
| 06/01/16 | 120 | American Express Bank, FSB | Dividend paid 38.50% on $1,071.93; Claim# 11; Filed: $1,071.93; Reference: | 7100-000 | | 412.70 | 763.07 |
| 06/01/16 | 121 | Portfolio Recovery Associates, LLC | Dividend paid 38.50% on $1,981.97; Claim# | 7100-000 | | 763.07 | 0.00 |

Subtotals : $0.00 $33,721.07

{} Asset reference(s) 

Printed: 12/28/2016 07:50 PM V.13.29

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-33123-BWB  
**Case Name:** RIZZI, JEFFREY & VIKKI  

**Taxpayer ID #:** **-***8727  
**Period Ending:** 12/28/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 12; Filed: $1,981.97; Reference: | | | | |
| 08/16/16 | 110 | Illinois Student Assistance Commission | Dividend paid 38.50% on $4,792.62; Claim# 1; Filed: $4,792.62; Reference: Voided: check issued on 06/01/16 | 7100-000 | | -1,845.18 | 1,845.18 |
| 10/05/16 | 111 | Federal National Mortgage Assoc | Dividend paid 38.50% on $5,888.40; Claim# 2; Filed: $5,888.40; Reference: Stopped: check issued on 06/01/16 | 7100-000 | | -2,267.05 | 4,112.23 |
| 10/23/16 | 122 | Clerk Of The U.S. Bankruptcy Court | unclaimed funds | | | 4,112.23 | 0.00 |
| | | | | 2,267.05 | 7100-001 | | 0.00 |
| | | | | 1,845.18 | 7100-001 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 35,000.00 | 35,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 35,000.00 | 35,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $35,000.00 | $35,000.00 | |

Net Receipts : 35,000.00  
────────────  
Net Estate : $35,000.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3566** | 35,000.00 | 35,000.00 | 0.00 |
| | $35,000.00 | $35,000.00 | $0.00 |

{} Asset reference(s)

Printed: 12/28/2016 07:50 PM    V.13.29